IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HAPPYMATY TOY STORE, et al.,<br><br>    Defendants. | Case No. 20-cv-6865<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiffs Spin Master Ltd. and Spin Master, Inc. (collectively, "Spin Master" or "Plaintiffs") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and Spin Master having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Spin Master a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Spin Master having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products bearing unauthorized copies of the PAW Patrol Copyrighted Designs (including U.S. Copyright Registration Nos. VA 1-967-964, VAu 1-217-618, VA 1-967-980, VA 1-912-869, VA 1-999-428, VAu 1-294-879, VA 1-967-970, VA 1-968-054, VA 1-967-973, VA 1-967-971, VA 1-968-053) and/or using counterfeit and infringing versions of the PAW PATROL Trademarks (a list of which is included in the below chart) (such products collectively referred to herein as the "Unauthorized PAW Patrol Products").

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,848,752 | PAW PATROL | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications for use in downloading, playing and reviewing |

2

| | | |
|---|---|---|
| | | audio, text and other digital content in the field of children's entertainment; computer game discs, computer game cartridges; pre-recorded audio and visual videos, CDs, tapes and DVDs featuring fictional characters and activities for children, movies in the field of children's entertainment, television programs in the field of children's entertainment, books in the field of children's entertainment, music and instructions for use of toys in class 009.<br><br>For: Umbrellas; luggage tags; tote bags; carry-all bags; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and purses; athletic bags; travel bags; knapsacks; change purses; duffle bags; beach bags in class 018.<br><br>For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025. |
| 4,675,681 | PAW PATROL | For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, colouring books and sticker books; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers and marking stamps, fabric and wax sheets with die cut shapes and form molds for creating and |

|  |  |  |
|---|---|---|
|  |  | decorating; arts and crafts kits containing pens, pencils, crayons, markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016. |
| 4,614,743 | PAW PATROL | For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028.<br><br>For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; |

4

| | | |
|---|---|---|
| | | entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |
| 5,087,871 | TRACKER | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |
| 4,932,184 | EVEREST | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Plush toys; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |
| 4,792,695 | ZUMA | For: toys, games and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing in class 028. |
| 4,779,749 | SKYE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,748 | ROCKY | For: toys, game and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing; all the foregoing relating to an animated television series, and not relating to the sport of boxing, or a movie or character relating to the sport of boxing in class 028. |
| 4,779,747 | CHASE | For: Toys, games and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and |

| | | |
|---|---|---|
| | | accessories for all the foregoing in class 028. |
| 4,779,746 | MARSHALL | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,745 | RUBBLE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,601,882 | RYDER | For: Toys, games and playthings, namely, dolls and accessories therefor, character figures and character figure play sets, toy figurines in class 028.<br><br>For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non- |

6

| | | |
|---|---|---|
| | | downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |
| 5,218,798 | PAW PATROL | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications for use in downloading, playing and reviewing audio, text and other digital content in the field of children's entertainment; computer software, namely, apps for mobile phones, smart phones, computers and tablets featuring interactive video games; computer game software; computer game discs, computer game cartridges; pre-recorded audiotapes, videotapes, CDs, and DVDs featuring movies and television programs about fictional characters, educational activities for children, audio books for children about fictional characters, music and instructions for use of toys in class 009.<br><br>For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, coloring books and sticker books; stationery; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers |

|  |  | and marking stamps, fabric and wax sheets with die cut shapes and form molds for creating and decorating; arts and crafts kits containing pens, pencils, crayons, markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016.<br><br>For: Umbrellas; luggage tags; tote bags; carry-all bags; lunch bags of nylon and canvas; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and purses; athletic bags; travel bags; knapsacks; change purses; duffle bags; beach bags in class 018.<br><br>For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025.<br><br>For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028. |

| | | |
|---|---|---|
| | | For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that Spin Master's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and other persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the PAW PATROL Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PAW Patrol product or not authorized by Spin Master to be sold in connection with the PAW PATROL Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the PAW Patrol Copyrighted Designs in any manner without the express authorization of Spin Master;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine PAW Patrol product or any other product produced by Spin Master, that is not Spin Master's or not produced under the authorization, control or supervision of Spin Master and approved by Spin Master for sale under the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs;

    d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Spin Master, or are sponsored by, approved by, or otherwise connected with Spin Master;

    e. further infringing the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs and damaging Spin Master's goodwill; and

    f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Spin Master, nor authorized by Spin Master to be sold or offered for sale, and which bear any of Spin Master's trademarks, including the PAW PATROL Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the PAW Patrol Copyrighted Designs.

2. Pursuant to 15 U.S.C. § 1117(c)(2), Spin Master is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit PAW PATROL Trademarks on products sold through at least Defaulting Defendants' Online Marketplaces. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

3. Pursuant to 17 U.S.C. § 504(c)(2), Spin Master is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the PAW Patrol Copyrighted Designs. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

4. Spin Master may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, and Amazon Pay, by e-mail delivery to the e-mail addresses SpinMaster used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, and Amazon Pay, are hereby released to Spin Master as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, and Amazon Pay, are ordered to release to Spin Master the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. The ten thousand dollar ($10,000) cash bond posted by Spin Master, including any interest minus the registry fee, is hereby released to Spin Master or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Spin Master or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This is a Final Judgment.

Dated: January 28, 2021

/s/
Joan B. Gottschall
United States District Judge

Spin Master Ltd. and Spin Master, Inc. v. HAPPYMATY TOY STORE, et al. - Case No. 20-cv-6865

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | happymaty toy Store | 2 | deli deli achin's store |
| 3 | Toyland Store | 4 | fuyao trading company toy store |
| 5 | Deli China Professional Store | 6 | Qucious Tattoos Store |
| 7 | N&B Costume Store | 8 | jia fa official |
| 9 | DISMISSED | 10 | super5 Store |
| 11 | QQ World Store | 12 | CNrain Store |
| 13 | DISMISSED | 14 | pc001 Store |
| 15 | BJYXSZD Store | 16 | Funny Cos Store |
| 17 | Yiwu DaLing E-commerce Co., Ltd. Store | 18 | Your Trendy Bag Store |
| 19 | Anime Movie Factory Store | 20 | Shop5510094 Store |
| 21 | Cood Daddy Bad Daddy Store | 22 | XH168 Store |
| 23 | WSM Store | 24 | Shop5740059 Store |
| 25 | Beloved~ Store | 26 | Shop5792241 Store |
| 27 | SHOOMO Store | 28 | Yong Kun Costume Store |
| 29 | Shop910358399 Store | 30 | kjghuygytftr |
| 31 | Toys Just for You FAST is the WORD! | 32 | abcfunstuff |
| 33 | Coolinko | 34 | DISMISSED |
| 35 | DISMISSED | 36 | DISMISSED |
| 37 | DISMISSED | 38 | DISMISSED |
| 39 | DISMISSED | 40 | heyuliang19e67 |
| 41 | DISMISSED | 42 | kuiya1_58 |
| 43 | manles-best | 44 | mobilecase-tradeonline2018 |
| 45 | power_newus | 46 | DISMISSED |
| 47 | wmsrp18368 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/2234017 | 2 | aliexpress.com/store/2823130 |
| 3 | aliexpress.com/store/3568035 | 4 | aliexpress.com/store/3869035 |
| 5 | aliexpress.com/store/4288008 | 6 | aliexpress.com/store/4491127 |
| 7 | aliexpress.com/store/4640038 | 8 | aliexpress.com/store/4844026 |
| 9 | DISMISSED | 10 | aliexpress.com/store/4995310 |
| 11 | aliexpress.com/store/5034007 | 12 | aliexpress.com/store/5049180 |
| 13 | DISMISSED | 14 | aliexpress.com/store/5112094 |
| 15 | aliexpress.com/store/5233028 | 16 | aliexpress.com/store/5249310 |
| 17 | aliexpress.com/store/5284008 | 18 | aliexpress.com/store/5485255 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 19 | aliexpress.com/store/5489231 | 20 | aliexpress.com/store/5510094 |
| 21 | aliexpress.com/store/5595222 | 22 | aliexpress.com/store/5632094 |
| 23 | aliexpress.com/store/5636247 | 24 | aliexpress.com/store/5740059 |
| 25 | aliexpress.com/store/5791411 | 26 | aliexpress.com/store/5792241 |
| 27 | aliexpress.com/store/5798739 | 28 | aliexpress.com/store/5837020 |
| 29 | aliexpress.com/store/910358399 | 30 | amazon.com/sp?seller=A1L2EG4CXRJCED |
| 31 | amazon.com/sp?seller=A2CCU8Z7VQA5MK | 32 | amazon.com/sp?seller=A2GYM1K5B5JGO9 |
| 33 | amazon.com/sp?seller=A2OSXHT25YHEM3 | 34 | DISMISSED |
| 35 | DISMISSED | 36 | DISMISSED |
| 37 | DISMISSED | 38 | DISMISSED |
| 39 | DISMISSED | 40 | ebay.com/usr/heyuliang19e67 |
| 41 | DISMISSED | 42 | ebay.com/usr/kuiya1_58 |
| 43 | ebay.com/usr/manles-best | 44 | ebay.com/usr/mobilecase-tradeonline2018 |
| 45 | ebay.com/usr/power_newus | 46 | DISMISSED |
| 47 | ebay.com/usr/wmsrp18368 | | |